

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

EJK:NS                                            *271 Cadman Plaza East*
F.#2011R01835                                     *Brooklyn, New York  11201*

June 11, 2012

**By Hand and ECF**

The Honorable Roslynn R. Mauskopf
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Jamil Ahmed
             Criminal Docket No. 12-291 (RRM)

Dear Judge Mauskopf:

      The government respectfully submits this letter regarding the defendant's letter request for adjournment of trial, filed on June 7, 2012, seeking adjournment of the trial date from June 25, 2012 to July 9, 2012.  In his letter, the defendant states that the government consents to an adjournment of the trial date to July 9, 2012. See Def. Ltr. at 1.  The government gave no such consent.  Instead, defense counsel asked the government to consent to a "several day" adjournment to allow for his completion of another trial in Rockland County, which the government consented to.  He did not ask if July 9, 2012 – a date three weeks after the scheduled trial date - was a convenient date for the government.  The government intended to address this issue at a status conference scheduled for June 11, 2012 at 5:00 p.m.

      By Electronic Order dated June 11, 2012, the Court granted the defendant's request to adjourn the trial to July 9, 2012, likely relying on the defendant's representation that the government had consented to such an adjournment.  The government was also informed by the Court's deputy that the June 11, 2012 status conference was cancelled due to the Court's unavailability.  As a result, the government hereby respectfully informs the Court that it did not consent to an adjournment of the trial to July 9, 2012 and that government counsel is not available on that date.  Government counsel is available to commence trial on July 16, 2012, assuming the Court's schedule permits such an adjournment, given defense counsel's representation that he will not be prepared to commence trial on June 25, 2012.

Due to the defendant's pending motions and the parties' ongoing plea discussions, the government respectfully requests that the Court exclude time for speedy trial purposes from June 11, 2012 to the new trial date.

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney
Eastern District of New York

By:     /s/
Alexander A. Solomon
Nadia I. Shihata
Assistant U.S. Attorneys
(718) 254-6074/6295

cc: Richard L. Giampa, Esq. (via ECF)
    Clerk of Court (RRM) (via ECF)