LAW OFFICE OF
# RICHARD L. GIAMPÁ, ESQ., P.C.
860 GRAND CONCOURSE, SUITE 1-H
BRONX, NEW YORK 10451

**RICHARD L. GIAMPÁ**
ATTORNEY AT LAW

**ZACHARY K. GIAMPÁ**
ATTORNEY AT LAW

**BRONX**
(718) 665-7700 • Fax (718) 665-2861
**WESTCHESTER**
(914) 739-9653
GIAMPA@RLGFIRM.COM

July 5, 2012

*Via ECF*
**Honorable Roslynn R. Mauskopf**
United States District Court Eastern District
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   United States of America v. Jamil Ahmed a/k/a "Chawdry"
      Case Number: 12-CR-00291

Dear Honorable Mauskopf:

Please be advised that at the request of the defendant Jamil Ahmed the arraignment scheduled for July 5, 2012 on the Superseding Indictment case number 12-CR-00291 will be adjourned on consent to July 12, 2012 before Jd. Mauskopf at 10:00 a.m.

The defendant waives all speedy arraignment and trial rights during this requested adjournment.

Thank you for your attention to this matter.

Very truly yours,
RICHARD L. GIAMPA, ESQ., P.C.

By: Richard L. Giampa, Esq.

RLG:mq
CC:   AUSA Alexander Solomon