## CRIMINAL CAUSE FOR PRETRIAL CONFERENCE

**Before: Roslynn R. Mauskopf, U.S.D.J.**   Date: **7/12/12**

**Docket Number:**      12-CR-291

Deft Name:   Jamil Ahmed
   X   Present         Not Present         X Custody         Bail

Defense Counsel:  Richard Giampa
         CJA         X   Retained         Federal Defenders


A.U.S.A.:  Alexander Solomon                      Court Reporter:  Burt Sulzer


Interpreter: Urdu: Upi Sharma
Deputy Clerk:   Winnie Valentin


 X    Pre-trial conference held


 X    **Speedy Trial**: Code Type   XT     Start     7/12/12       Stop  **8/27/2012**
       Order / Waiver Executed & Filed.    X   Entered on record.
       X   In the interest of justice as stated on the record and with consent of parties.


OTHER:   Plea entered by Jamil Ahmed Not Guilty on counts 1-4 on the superseding indictment. Additional motions by defense counsel shall be filed on July 26; any opposition to motion by August 9; supplemental jury instructions as discussed on the record and verdict sheet shall be filed on August 9, 2012.  The government shall disclose 3500 material on August 20, 2012.  Jury selection will be held on August 27, 2012.  Trial will commence on August 28, 2012 at 9:30 a.m.  Hearing will be held on August 27 immediately following jury selection.