LAW OFFICE OF
## RICHARD L. GIAMPÁ, ESQ., P.C.
860 GRAND CONCOURSE, SUITE 1-H
BRONX, NEW YORK 10451

RICHARD L. GIAMPÁ
ATTORNEY AT LAW

ZACHARY K. GIAMPÁ
ATTORNEY AT LAW

BRONX
(718) 665-7700·(718) 665-2861
WESTCHESTER
(914) 739-9653
GIAMPA@RLGFIRM.COM

July 19, 2012

**Honorable Roslyn R. Mauskopf**
US District Court Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   United States of America v. Jamil Ahmed a/k/a "Chawdry"
      Case Number:   12-CR-00291

### DEFENDANT'S SUBMISSION AT THE TIME OF PLEA

Dear Honorable Mauskopf:

Pursuant to a plea agreement of this date it is hereby understood by both parties, the government and the defendant Jamil Ahmed, that the defendant does not agree with the governments estimated adjusted guideline levels.

It is the contention of the defendant that his estimated guideline level should be established at 13, after all enhancements and reductions are considered.

Base offense level an additional (§ 2L2.1(a))..................................11
Enhancement foreign obtained a passport § 2L2.1(b)(5) ......................+2
Enhancement 6-24 documents § 2L2.1(b)(2)(A) ...................................+3
Total enhancement adjusted guideline level ......................................16
Reduction for acceptance of responsibility U.S.S.G. § 3E1.1(a) & (b).......-3
Final adjusted level                                                        13

The defendant disagrees with any enhancement of 4 levels for leadership as an aggravated role and disagrees with an additional 3 level enhancement for 25-99 documents.

The government and the defendant agree that a pre-sentence hearing to determine defendant's appropriate guideline level regarding any aggravating role of leadership and number of documents should held.

Very truly yours,
RICHARD L. GIAMPA, ESQ., P.C.

By: RICHARD L. GIAMPA, ESQ.

RLG:jb
CC:   Via Facsimile _____
      AUSA Alexander Solomon