## CRIMINAL CAUSE FOR GUILTY PLEA

**BEFORE: ROSLYNN R. MAUSKOPF       7/24/12**

Case No.: 12-cr-291

DEFENDANT'S NAME: Jamil Ahmed
   X  present     ___not present    X  custody        ___bail

DEFENSE COUNSEL: Richard Giampa
   X  present     ___not present        X  RET      ___FED DEF.

A.U.S.A.: Nadia Shihata/ Alexander Solomon
COURTROOM DEPUTY: Winnie Valentin

COURT REPORTER: Michele Nardone
INTERPRETER: Upi Sharma

 X  CASE CALLED          ___DEFENDANT(S) FIRST APPEARANCE

DEFENDANT X  SWORN    X  ARRAIGNED    X  INFORMED OF RIGHTS
         X  WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFENDANT(S).

 X  SUPERSEDING INDICTMENT FILED.

___ DEFENDANT(S) FAILED TO APPEAR, BENCH WARRANT ISSUED.

 X  DEFENDANT ENTER **GUILTY PLEA TO COUNT one on S-2.**

___ BAIL ___ SET ___ CONT'D FOR DEFENDANT(S).

 X  DEFENDANT(S) CONT'D IN CUSTODY.

___ SENTENCING SCHEDULED FOR _____ AT _____

 X  SENTENCING WILL BE SCHEDULED BY Probation Department

___ OTHER COMMENTS/RULINGS: _____